UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**TANESHA SIGGERS**
**816 E Preston Street.,**
**BALTIMORE, MD 21202**

    **Plaintiff,**　　　　　　　　　　　　　　　　　Civil Action No.: 8:22-cv-1385

v.

**CHESAPEAKE LIGHTHOUSE**
**FOUNDATION**
**6151 Chevy Chase Dr.,**
**Laurel, MD 20707**

    **Defendant.**

---

## COMPLAINT
---

Plaintiff Tanesha Siggers, by and through her counsel Emejuru Law LLC, brings forth this action against Chesapeake Lighthouse Foundation ("CLF") and respectfully states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over Plaintiff's claims under 28 U.S.C. § 1332.
2. Venue is proper under 28 U.S.C. § 1391(b) because Defendants conduct business and can be found in this judicial district.
3. The events giving rise to the claims in this action occurred in this judicial district.
4. Plaintiff has exhausted all administrative remedies with the Equal Employment Opportunity Commission and is in possession of a Notice of Right to Sue.

### PARTIES

5. Plaintiff Tanesha Siggers is a natural person and resident of the state of Maryland.

6. Chesapeake Lighthouse Foundation is an employer and regularly conducts and transacts business within the State of Maryland.

## FACTUAL ALLEGATIONS

7. Plaintiff Tanesha Siggers is a resident of the state of Maryland.

8. Ms. Siggers was hired as an Outreach Specialist by CLF in November 2021. Ms. Siggers maintained solid performance with the organization, until she was promoted to Acting Communications Director in the spring of 2021.

9. In March 2021, Siggers advised CEO Yilmaz Ak about her need for maternity leave. So Siggers requested maternity leave.

10. In May 2021, Siggers requested paid leave. Siggers also emailed the CLF Board of Directors requesting paid leave for her pregnancy. At the board meeting on June 17, 2021, the Board reviewed changes to the leave policy and adopted a policy allowing for only 5 days of approved paid maternity leave.

11. Siggers protested the newly adopted leave policy. On June 23, 2021, Siggers sent an email to Ak about the apparent disparity between men and women within the organization. Siggers told Ak that the former male employees were compensated with more money to resign or depart than organization, than women employees expecting to give birth. Siggers outlined that such actions placed the company "culture" at risk for "women as the board and directorial staff that are male dominated."

12. After protected activity, Siggers was terminated just under one month later, on July 22, 2021.

## PLAINTIFF'S CLAIMS

### Count 1
### Retaliation – Title VII of the Civil Rights Act

13. Plaintiff incorporates all paragraphs herein *seriatim*.

14. Defendant, by and through, its agents or supervisors, terminated plaintiff for complaining of discrimination.

15. Plaintiff prays for judgment against Defendant for all damages allowable by law, statutory damages, compensatory damages, punitive damages, pre-judgment interest at the legal rate, post-judgment interest at the judgment rate, attorney's fees as may be awarded by the Court, the costs of this action, equitable relief, and such other and further relief as may appear warranted by this action.

## Count 2
### Retaliation – Pregnancy Discrimination Act

16. Plaintiff incorporates all paragraphs herein *seriatim*.

17. Defendant, by and through, its agents or supervisors, terminated plaintiff for complaining of discrimination.

18. Plaintiff prays for judgment against Defendant for all damages allowable by law, statutory damages, compensatory damages, punitive damages, pre-judgment interest at the legal rate, post-judgment interest at the judgment rate, attorney's fees as may be awarded by the Court, the costs of this action, equitable relief, and such other and further relief as may appear warranted by this action.

## PRAYER FOR RELIEF
### PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff prays that judgment, which exceeds $75,000.00, be entered against Defendant Chesapeake Lighthouse Foundation for all damages allowable (including statutory, actual, compensatory, nominal, and punitive) expenses, attorney's fees, and for such other and further relief as may be just and proper.

Dated this 6th June 2022

By  /s/Ikechukwu Emejuru
Ikechukwu Emejuru
**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638 – 2786
Facsimile: 1-800-250-7923
iemejuru@emejurulaw.com