IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TANESHA SIGGERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRAWNER BUILDERS, INC.,<br><br>　　　　Defendant. | Civil Action No.: 8:22-cv-1385 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, that the above-captioned action, including all claims, be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(B), the parties to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/<br>Larry R. Seegull (Federal Bar No. 22991)<br>JACKSON LEWIS P.C.<br>2800 Quarry Lake Drive, Suite 200<br>Baltimore, Maryland 21209<br>410.415.2004 (direct)<br>410.415.2001 (facsimile)<br>larry.seegull@jacksonlewis.com<br>*Attorneys for Defendant* | /s/<br>Ikechukwu Emejuru (Federal Bar No.)*<br>Emejuru Law L.L.C.<br>8403 Colesville Road<br>Suite 1100<br>Silver Spring, MD 20910<br>(240) 638-2786<br>(800) 250-7923 (fax)<br>iemejuru@emejurulaw.com<br>*Attorney for Plaintiff* |

(*Signed with permission of Ikechukwu Emejuru.)

4865-3736-4779, v. 1

4865-3736-4779, v. 1